# UNITED STATES DISTRICT COURT
## for the
## Southern District of New

| | |
|---|---|
| **DR. LOUIS EMOVBIRA WILLIAMS**<br><br>Plaintiff<br><br>vs<br><br>**FEDERAL GOVERNMENT OF NIGERIA; ATTORNEY GENERAL OF THE FEDERAL GOVERNMENT OF NIGERIA; CENTRAL BANK OF NIGERIA; JPMORGAN CHASE & CO.; and JOHN DOES 1 - 10,**<br><br>Defendants | Case No.: 1:23-cv-07356 |

## DEFENDANTS FEDERAL GOVERNMENT OF NIGERIA AND ATTORNEY GENERAL OF THE FEDERAL GOVERNMENT OF NIGERIA'S JOINDER IN DEFNEDNT CENTRAL BANK OF NIGERIA'S AMENDED REMOVAL

TO: The Honorable Judges Of The United States District Court For The Southern District Of New York And To All Parties And Their Attorneys Of Record:

PLEASE TAKE NOTICE that the Defendants Federal Government Of Nigeria and Attorney General of The Federal Government of Nigeria, whom have not been

properly served in the proceeding, and herein reserving the right to challenge the defective service in this proceeding, hereby join in the Defendant Central Bank Of Nigeria's Amended Notice of Removal of the State court action described in said Notice of Amended Removal, to this Court.

1. Defendants Federal Government of Nigeria (FGN) and Attorney General of The Federal Government of Nigeria, (AG_FGN) asserts that they have not been properly served with process pursuant to 28 U.S.C. §§ 1608 (a)– (b), and in joining this removal continues to reserve their right to contest the service in this proceeding. The Defendant AG_FGN, first received notice of this action, at the earliest on July 20, 2023. Pursuant to 28 U.S.C. §§ 1608 (d), upon a service of process that complies with 28 U.S.C. §§ 1608, the Defendants are to file a responsive pleading sixty days after service has been made.

2. The Defendants (FGN and AG_FGN) does not admit or submit to any personal or subject matter jurisdiction, or to venue or the propriety or convenience of this forum and expressly reserves these issues for future challenge. The Defendants further expressly reserves all service and foreign sovereign immunity issues and defenses for future challenge, pursuant to FSIA, 28 U.S.C. §§ 1604-05 and 1608.

Dated: August 21, 2023                                Respectfully submitted,

/s/ Gerald O. Egbase
Gerald O. Egbase
(*Pro Hac Vice* Admission Pending)
**AOE Law & Associates**
800 W. 1st Street, Suite 400
Los Angeles, California 90012
Tel:(213)620-7070
Fax(818)450-1456
Email:ge-aoe@baselaw.net
*Attorneys for the Defendants*

## Certificate of Service

I hereby certify that on August 21, 2023, **DEFENDANTS FEDERAL GOVERNMENT OF NIGERIA AND ATTORNEY GENERAL OF THE FEDERAL GOVERNMENT OF NIGERIA JOINDER IN DEFNEDNT CENTRAL BANK OF NIGERIA'S AMENDED REMOVAL**, was electronically filed  served with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record, I further emailed  copies of the same pleadings to counsels:

Baruch S. Gottesman, Esq. ;   e-mail: bg@gottesmanlegal.com
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
bg@gottesmanlegal.com
Phone: (212) 401-6910
Attorney for  the Plaintiff

Fred G. Wexler, Esq. ;          e-mail; fgw@browngavalas.com
David H. Fromm, Esq.;         e-mail; dfromm@browngavalas.com
Robert J. Brown;
BROWN GAVALAS & FROMM LLP
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: (212)-983-8500
Attorneys for Defendants, Central Bank of Nigeria

/s/*Gerald O. Egbase*
Gerald O. Egbase