IN THE HIGH COURT OF JUSTICE
BUSINESS AND PROPERTY COURTS OF
ENGLAND AND WALES
COMMERCIAL COURT (QBD)

Claim No. CL-2016-000151

BEFORE The Honourable Mrs Justice Moulder
Date 9 November 2018

BETWEEN:

LOUIS EMOVBIRA WILLIAMS

**Claimant**

- and -

(1) FEDERAL GOVERNMENT OF NIGERIA
(2) ATTORNEY GENERAL OF THE FEDERAL GOVERNMENT OF NIGERIA

**Defendants**

---

ORDER

---

UPON the Claimant's application for default judgment dated 24 January 2018 ("the Application")

AND UPON an oral application before the Court to lift the stay imposed on the Claim by CPR r. 15.11

AND UPON the Court reading the evidence filed by the Claimant in support of the Application

AND UPON hearing Counsel for the Claimant and the Defendants being neither present nor represented

AND UPON the Court deciding that it was appropriate to lift the stay imposed pursuant to CPR r. 15.11

AND UPON no acknowledgement of service or defence being filed by the Defendants, and the Court being satisfied that: (i) the Defendants were not entitled to immunity from suit in relation to the sum claimed in paragraph 46(b) of the Particulars of Claim because of the exception in section 3(1)(a) of the State Immunity Act 1978 ("the Act");

(ii) the Defendants had agreed to another manner of service, and that the Claim was served in the manner agreed; and (iii) the time for acknowledging service had expired AND UPON the Court deciding that the Defendants were entitled to immunity from suit in relation to the sum claimed in paragraph 46(a) of the Particulars of Claim because of the application of section 1 of the Act

**IT IS ORDERED** that:

1. There be judgment entered for the Claimant against the Defendants on the Claim, insofar as it relates to the USD sum claimed in paragraph 46(b) of the Particulars of Claim.

2. The Defendants shall pay the Claimant the sum of USD 6,520,190 (or the Sterling equivalent at the time of payment), together with interest pursuant to section 35A of the Senior Courts Act 1981 at a rate of 4%, from 1 June 1986 to 9 November 2018, amounting to USD 8,466,600.69 (or the Sterling equivalent at the time of payment).

3. The Claimant shall have permission to serve this judgment on the Defendants outside the jurisdiction pursuant to the provisions of CPR r. 6.38 and 6.44, in order to give effect to service in the manner prescribed by 12(5) of the Act.

4. The Defendants shall pay the Claimant's costs on the standard basis summarily assessed in the sum of £13,950.

Dated this the 9th day of November 2018