NEW YORK COUNTY COURT HOUSE
60 CENTRE STREET
NEW YORK, N.Y. 10007
(212) 374-8366
(212) 748-5385 FAX



**MILTON A TINGLING**
COUNTY CLERK AND CLERK OF
THE SUPREME COURT

DR. LOUIS EMOVBIRA WILLIAMS,

Plaintiff

v.

Index No. 653037/2023

FEDERAL GOVERNMENT OF NIGERIA;
ATTORNEY GENERAL OF THE FEDERAL
GOVERNMENT OF NIGERIA;
CENTRAL BANK OF NIGERIA;
JPMORGAN CHASE & CO.; and
JOHN DOES 1 - 10,

Defendants.

State of New York

ss.

County of New York

I, Matthew Corbett, Court Clerk, Office of the County Clerk and Clerk of the Supreme Court, New York County, being duly sworn deposes and says:

Pursuant to the Foreign Sovereign Immunities Act of 1976, 28 U.S.C. § 1608; Gina Scialla, a paralegal at the offices of Gottesman Legal PLLC of 11 Broadway, Suite 615, New York, NY 10004 delivered to this office on July 11, 2023, the following documents:

(i.) Notice of Suit; (ii.) Attachment to Notice of Suit; (iii.) Summons; (iv.) Notice of Electronic Filing; (v.) Original Verified Complaint; and (v.) All Exhibits

The above documents were sealed in an envelope with postage paid for UPS, signature required and addressed to:

Perm Sec, Mrs Beatrice Jedy-Agba
Attorney General of the Fed. Rep.
    Maitama
    Plot 71B, Shehu Shabari Way
    Attorney General's Chamber
    Abuja Feder
        **NIGERIA**

On July __, the envelope was delivered to the UPS office by _myself_. A copy of the UPS Label is attached.

**Sworn to before me
this 12th day of July, 2023**

Toni Incorvaia
Notary Public, State of New York
Reg No. 04IN6435975
Qualified in New York County
Commission Expires July 5, 20 26

_____, Court Clerk

# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your parcel.** Select the Print button on the dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Collection**
   o Your driver will collect your shipment(s) as usual.

   **Customers without a scheduled collection**
   o Schedule a collection on UPS.com to have a UPS driver collect all of your parcels.
   o Take your parcel to any UPS Access Point™ location, or Authorised Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at UPS.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| DISCOUNT STORE 99CT & UP | JHC WIRELESS INC | CONFUCIUS PHARMACY |
| 51 MADISON ST | 20 E BROADWAY | 7 BOWERY |
| NEW YORK NY 10038-1232 | NEW YORK NY 10002-6814 | NEW YORK NY 10002-6702 |

FOLD HERE



# Drop-Off Package Receipt: 1 of 1
**THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.**

DROP-OFF LOCATION.
The UPS Store #6415
217 CENTRE ST
NEW YORK NY 10013-3624

DROP-OFF DATE/TIME:
Wed 12 Jul 2023 12:58 PM

ESTIMATED PICKUP DATE.
UPS      Wed 12 Jul 2023   2pkgs

TOTAL PACKAGES:   2pkgs

| TRACKING/REFERENCE | CARRIER & SERVICE | WEIGHT |
|---|---|---|
| 1Z1M5T40DH20020412 | UPS Worldwide Expedited | 0.00 lb mw |
| 1Z1M5T40DH03588226 | UPS Worldwide Expedited | 0.00 lb mw |

THIS RECEIPT LISTS EACH PACKAGE RECEIVED BY THE UPS STORE #6415 AND INDICATES THE INFORMATION FOR EACH PACKAGE HAS BEEN TRANSMITTED TO EACH CARRIER'S DATA SYSTEM. PACKAGES WITH OFFLINE LABELS WILL BE UPDATED AND PROCESSED BY THE UPS STORE PERSONNEL AND TRANSMITTED TO EACH CARRIER'S DATA SYSTEM AFTER A CONNECTION IS REESTABLISHED. THIS RECEIPT IS NOT CONFIRMATION THE CARRIER HAS PICKED UP THE PACKAGE. TO VERIFY THE STATUS OF A PACKAGE, GO TO HTTP://THEUPSSTORE.COM. SELECT TRACKING, THEN ENTER TRACKING #. IF YOU SELECTED A NO PACKAGING OPTION FOR YOUR RETURNED ITEM, PLEASE CONTACT THE VENDOR WITH THE LISTED TRACKING/REFERENCE NUMBER FOR RETURN/REFUND STATUS. THE UPS STORE DOES NOT MAINTAIN RETURN/REFUND STATUS FOR VENDORS. YOU ACKNOWLEDGE THAT THE SHIPMENT SERVICES PROVIDED BY THE UPS STORE #6415 FOR THE LISTED PACKAGES ARE SUBJECT TO AND GOVERNED BY EACH CARRIER AGREEMENT. IF APPLICABLE, THE RATES AND SERVICE GUIDE FOR EACH CARRIER, AND THE TARIFF IN EFFECT AT THE TIME OF SHIPMENT.

Tell us about your experience today at
bit.ly/theupsstorefeedback2023 (case sensitive)

Powered by iShip(r)
07/12/2023 12:58 PM Pacific Time

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If required from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.