Gmail        AOE LAW <ge-aoe@baselaw.net>

### FW: CL-2016-000151 Between: Louis Emovbira Williams v(1) The FederalGovernment of Nigeria (2) The Attorney General of the FederalGovernment ofNigeria

1 message

**Femi Oboro** <femi.oboro@gromykoamedusolicitors.co.uk>     Mon, Sep 18, 2023 at 5:11 AM
To: AOE LAW <ge-aoe@baselaw.net>
Cc: "bjedyagba@yahoo.com" <bjedyagba@yahoo.com>, "maimunashiru@yahoo.com" <maimunashiru@yahoo.com>

Dear Egbase,

Further to our email of 15/09/2023 (attached) in respect of the above subject matter, please find below the correspondence from the Commercial Court London confirming listing of our application notice dated 28/09/2020 for hearing on **27th October 2023.**

Yours faithfully,

Femi Oboro (Solicitor)

Gromyko Amedu Solicitors

148 Acre Lane

Brixton

London

SW2 5UT

Tel: 0208 678 8996

Fax: 0208 678 0664

Mob: 0794 639 2052

Email: femi.oboro@gromykoamedusolicitors.co.uk

---

**From:** Tame, Michael
**Sent:** Monday, September 18, 2023 11:15 AM
**To:** Kaihiva1@gmail.com; femi.oboro@gromykoamedusolicitors.co.uk; info@westbrooklaw.co.uk
**Subject:** CL-2016-000151 Between: Louis Emovbira Williams v(1) The FederalGovernment of Nigeria (2) The Attorney General of the FederalGovernment ofNigeria

Dear all

I have fixed the application for a two-hour hearing on Friday 27th October 2023.

Regards

Michael Tame

Senior Listing Officer

Commercial & Admiralty Court and Technology & Construction Court
7 Rolls Building
Ground Floor, Rolls Building
Fetter Lane
London
EC4A 1NL

020 7947 7921

For information on how HMCTS uses personal data about you please see: https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information-charter

---

This e-mail and any attachments is intended only for the attention of the addressee(s). Its unauthorised use, disclosure, storage or copying is not permitted. If you are not the intended recipient, please destroy all copies and inform the sender by return e-mail. Internet e-mail is not a secure medium. Any reply to this message could be intercepted and read by someone else. Please bear that in mind when deciding whether to send material in response to this message by e-mail. This e-mail (whether you are the sender or the recipient) may be monitored, recorded and retained by the Ministry of Justice. Monitoring / blocking software may be used, and e-mail content may be read at any time. You have a responsibility to ensure laws are not broken when composing or forwarding e-mails and their contents.