UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. LOUIS EMOVBIRA WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDERAL GOVERNMENT OF NIGERIA; ATTORNEY GENERAL OF THE FEDERAL GOVERNMENT OF NIGERIA; CENTRAL BANK OF NIGERIA; JPMORGAN CHASE & CO.; and JOHN DOES 1 - 10,<br><br>        Defendants. | Case No.: 1:23-cv-07356-(LJM)(SDA)<br><br>ORDER |

**ORDER ON DEFENDANTS FEDERAL GOVERNMENT OF NIGERIA AND ATTORNEY GENERAL OF THE FEDERAL GOVERNMENT OF NIGERIA'S, MOTION TO DISMISS**

THIS MATTER having come before the Court on Defendants Federal Government of Nigeria and Attorney General of the Federal Government of Nigeria's Motion to Dismiss and the opposition thereto, and the Court having considered the matter,

1

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED and this action is hereby DISMISSED with prejudice.

Date_____       _____