UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. LOUIS EMOVBIRA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL GOVERNMENT OF NIGERIA; ATTORNEY GENERAL OF THE FEDERAL GOVERNMENT OF NIGERIA; CENTRAL BANK OF NIGERIA; JPMORGAN CHASE & CO.; and JOHN DOES 1 - 10,<br><br>Defendants. | **Case No.: 1:23-cv-07356-(LJM)**<br><br>Hon. Lewis J. Liman, U.S.D.J |

NOTICE OF APPEAL
AS OF RIGHT

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Appellate Procedure 3(a) and the collateral order doctrine, **Federal Government of Nigeria (FGN) and Attorney General of the Federal Government of Nigeria** (AG-FGN) (collectively, "Defendants"), in the above named case, hereby appeals to the United States Court of

1 | P a g e

Appeals for the Second Circuit from this Court's Order entered in this action on the 12st day of August 2024 (ECF no. 34); and

      PLEASE TAKE FURTHER NOTICE that said Order is appealed to the extent that the Order denied Defendants' motion to dismiss all claims of Plaintiff's complaint on the grounds of foreign sovereign immunity and asserted lack of subject matter jurisdiction and from all interlocutory orders inextricably intertwined with or necessary to ensure meaningful review of the immediately appealable issue.

Dated: August 28, 2024

/s/*Gerald O. Egbase*
**Gerald O. Egbase**
**AOE Law & Associates**
**800 W. 1st Street, Suite 400**
**Los Angeles, California 90012**
**Tel:(213)620-7070**
**Fax(818)450-1456**
**Email:ge-aoe@baselaw.net**
**Attorneys for the Defendants**
**Federal Government of Nigeria (FGN) and Attorney General of the Federal Government of Nigeria (AG-FGN)**

## Certificate of Service

I hereby certify that on August 28, 2024, **DEFENDANTS FEDERAL GOVERNMENT OF NIGERIA AND ATTORNEY GENERAL OF THE FEDERAL GOVERNMENT OF NIGERIA'S NOTICE OF APPEAL**, was electronically filed and served with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

Baruch S. Gottesman, Esq. ;   e-mail: bg@gottesmanlegal.com
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
bg@gottesmanlegal.com
Phone: (212) 401-6910
Attorney for  the Plaintiff


Fred G. Wexler, Esq. ;        e-mail: fgw@browngavalas.com
David H. Fromm, Esq.;         e-mail: dfromm@browngavalas.com
Robert J. Brown;
BROWN GAVALAS & FROMM LLP
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: (212)-983-8500
Attorneys for Defendants, Central Bank of Nigeria


Steven B. Feigenbaum         e-mail: Fgw@browngavalas.com
KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158
(212) 953-6000
sfeigenbaum@katskykorins.com
Attorneys for Defendant JPMorgan Chase Bank, N.A.

/s/*Gerald O. Egbase*
Gerald O. Egbase