

**Baruch S. Gottesman**
Attorney and Counselor at Law

September 26, 2024

**Via ECF**
The Hon. District Judge Lewis J. Liman
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY  10007

        Re:    Plaintiff's Letter Request for Virtual Appearance
                in Williams v. Federal Government of Nigeria, et al.
                Case No. 1:23-cv-7356 (S.D.N.Y.)

Judge Dunst:

        I represent the Plaintiff in the matter of *Williams v. Federal Government of Nigeria, et al.*, Case No. 1:23-cv-7356 (S.D.N.Y.), which has a conference scheduled before Your Honor on October 8, 2024.

        With the consent of Counsel for all Parties, we respectfully request that Plaintiff's Counsel (and/or all Counsel) be permitted to appear virtually on October 8, 2024, as Plaintiff's Counsel will be traveling in October and out of town on the scheduled date.  Of course we will appear in person if so directed.

        On behalf of Counsel for all Parties, I thank the Honorable Court for their continuing attention to this case.

                                          RESPECTFULLY SUBMITTED,

                                 By:   */s/ Baruch S. Gottesman*

                                          Baruch S. Gottesman, Esq.
                                          New York Bar No. 4480539
                                          GOTTESMAN LEGAL PLLC
                                          11 Broadway, Suite 615
                                          New York, NY 10004
                                          Phone: (212) 401-6910
                                          Fax: (212) 859-7307
                                          bg@gottesmanlegal.com

*Served via ECF on all appearing parties*