```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #:_____
---------------------------------------------------------------X    DATE FILED: 10/08/2024
                                                  :
DR. LOUIS EMOVBIRA WILLIAMS,                      :
                                                  :
                        Plaintiff,                :         23-cv-7356
                                                  :
        -v-                                       :         OPINION AND ORDER
                                                  :
FEDERAL GOVERNMENT OF NIGERIA;                    :
ATTORNEY GENERAL OF THE FEDERAL                   :
GOVERNMENT OF NIGERIA; CENTRAL                    :
BANK OF NIGERIA; JPMORGAN CHASE &                 :
CO.; and JOHN DOES 1–10,                          :
                                                  :
                        Defendants.               :
                                                  :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference on October 8, 2024. At the conference, the Court discussed the request for a stay of discovery filed by the Federal Government of Nigeria and Attorney General of the Federal Government of Nigeria. Dkt. No. 37.

For the reasons stated at the conference, it is hereby ORDERED:

In order to preserve Plaintiff's testimony and evidence in light of his physical condition and health, Defendants shall serve requests for the production of documents on Plaintiff no later than October 22, 2024. Plaintiff shall respond to Defendants' requests for production no later than November 5, 2024.

Defendants shall depose Plaintiff no later than December 20, 2024. The parties shall meet and confer as to the location of Plaintiff's deposition and the participation by counsel remotely or in person. The parties shall file a joint letter no later than October 15, 2024,

informing the Court whether the parties reached an agreement as to the location and mechanics of Plaintiff's deposition and, if not, laying out the respective positions of the parties.

All other discovery in this action is stayed pending the resolution of the interlocutory appeal.

SO ORDERED.

Dated: October 8, 2024
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge