```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DR. LOUIS EMOVBIRA WILLIAMS,                      :
:
              Plaintiff,                           :       23-cv-7356 (LJL)
:
     -v-                                             :       ORDER
:
FEDERAL GOVERNMENT OF NIGERIA;                  :
ATTORNEY GENERAL OF THE FEDERAL             :
GOVERNMENT OF NIGERIA; CENTRAL              :
BANK OF NIGERIA; JPMORGAN CHASE &            :
CO.; and JOHN DOES 1–10,                                 :
:
              Defendants.                         :
:
------------------------------------------------------------------ X

LEWIS J. LIMAN, United States District Judge:

Plaintiff has failed to respond to the motion to compel of the Central Bank of Nigeria at Dkt. No. 43 in the time required by this Court's Individual Practices and the Court will rule upon that motion as unopposed.

Under the Court's Individual Practices, Plaintiff has until November 27, 2024, to respond to the motion to compel of the Federal Government of Nigeria and the Attorney General of Nigeria at Dkt. No. 44. In the absence of a timely-filed response or an order extending the time to respond made in response to a request before November 27, 2024, the Court will consider that motion unopposed.

By no later than November 27, 2024, the parties are to submit a joint proposal for the extension of the December 20, 2024 deadline for the deposition of the Plaintiff.

SO ORDERED.

Dated: November 25, 2024
      New York, New York

                                  LEWIS J. LIMAN
                             United States District Judge