```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DR. LOUIS EMOVBIRA WILLIAMS,                                      :
:
Plaintiff,                                                        :
:
-v-                                                               :   23-cv-7356 (LJL)
:
FEDERAL GOVERNMENT OF NIGERIA;                                    :   ORDER
ATTORNEY GENERAL OF THE FEDERAL                                   :
GOVERNMENT OF NIGERIA; CENTRAL                                    :
BANK OF NIGERIA; JPMORGAN CHASE &                                 :
CO.; and JOHN DOES 1–10,                                          :
:
Defendants.                                                       :
:
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic case management conference on May 23, 2025 at 2 PM. The parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and to follow the necessary prompts. The parties are further directed to submit a proposed case management plan no later than one week prior to the conference. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.

SO ORDERED.

Dated: May 2, 2025
       New York, New York                       _____
                                                LEWIS J. LIMAN
                                                United States District Judge