```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DR. LOUIS EMOVBIRA WILLIAMS,                                       :
:
        Plaintiff,                                               :
:
        -v-                                                      :    23-cv-7356 (LJL)
:
FEDERAL GOVERNMENT OF NIGERIA;                                     :    ORDER
ATTORNEY GENERAL OF THE FEDERAL                                    :
GOVERNMENT OF NIGERIA; CENTRAL                                     :
BANK OF NIGERIA; JPMORGAN CHASE &                                  :
CO.; and JOHN DOES 1–10,                                           :
:
        Defendants.                                              :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The telephonic case management conference scheduled for May 23, 2025 is adjourned to June 24, 2025 at 3:00 PM. The parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and to follow the necessary prompts.

    Plaintiff may respond to the motion by the Federal Government of Nigeria, Attorney General of the Federal, Republic of Nigeria, and Central Bank of Nigeria for a stay of litigation, Dkt. No. 63-1, no later than May 30, 2025.

    SO ORDERED.

Dated: May 20, 2025
       New York, New York                      _____
                                                          LEWIS J. LIMAN
                                                      United States District Judge