**BROWN GAVALAS & FROMM LLP**
**60 EAST 42ND STREET, SUITE 4600**
**NEW YORK, NEW YORK 10165**
**TEL: (212) 983-8500**
**FAX: (212) 983-5946**
**www.browngavalas.com**
**bgmail@browngavalas.com**

**NEW JERSEY OFFICE**

**1118 CLIFTON AVENUE**
**CLIFTON, NJ 07013**
**TEL: (973) 779-1116**
**FAX: (973) 779-0739**

**HARRY A. GAVALAS**
**(1978-1999)**
**ROBERT J. SEMINARA**
**(1987-1999)**

August 29, 2025

**VIA ECF**

The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007

Re: Williams v. Federal Government of Nigeria et al.
Case No.: 1:23-cv-7356 (LJL)

Dear Judge Liman:

We represent the Central Bank of Nigeria ("CBN"), a defendant in the above-captioned action, and are writing to advise that the High Court in London has granted the anti-enforcement injunction filed by the Federal Government of Nigeria and Attorney-General of the Federal Government of Nigeria. A copy of the Approved Judgment issued by the High Court by which it granted the anti-enforcement injunction on August 26, 2025 is attached hereto.

We thank Your Honor for considering this matter.

Respectfully submitted

BROWN GAVALAS & FROMM LLP

Fred G. Wexler

cc: (via ECF)
All counsel of record