USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. LOUIS EMOVBIRA WILLIAMS,

Plaintiff,

-v-

FEDERAL GOVERNMENT OF NIGERIA, et al.,

Defendants.

23-cv-7356 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On June 10, 2025, the parties in this action stipulated and agreed, and the Court so ordered, that the action be stayed until such time as the High Court in London decided the motion for an anti-enforcement injunction filed by Defendants the Federal Government of Nigeria and the Attorney General of the Federal Government of Nigeria. Dkt. No. 72. The stipulation further provided that if the High Court in London granted the anti-enforcement injunction, the parties would abide by that decision and agreed that no further proceedings would take place in this action until such time as the anti-enforcement injunction was vacated. *Id.*

On August 29, 2025, counsel for Defendant the Central Bank of Nigeria filed a letter on the docket informing the Court that the High Court in London granted the anti-enforcement injunction on August 26, 2025 and attached a copy of the approved judgment. Dkt. No. 77.

In light of this development, the parties are directed to meet and confer and to file letters on the docket by no later than October 23, 2026, addressing the impact of the High Court's

decision and whether this case can be dismissed without prejudice.

SO ORDERED.

Dated: October 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge