USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. LOUIS EMOVBIRA WILLIAMS,

Plaintiff,

-v-

FEDERAL GOVERNMENT OF NIGERIA, et al.,

Defendants.

23-cv-7356 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, October 28, 2026. This Order memorializes the rulings made at the conference:

This action shall remain stayed until further order of the Court. The parties are directed to meet and confer and to file letters on the docket by no later than April 9, 2027, addressing the outcome of the upcoming trial before the High Court in London and their proposals with respect to future proceedings in this action.

SO ORDERED.

Dated: October 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge